Michael Jacobs
*Pro Se* Defendant
800 Calle Divina NE
Albuquerque, NM 87113
Tel: (505) 321-3044
Fax: (855) 480-8756
Email: michael.mjphoto@gmail.com


IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL JACOBS<br><br>Defendant. | Case No. <u>16 Cr. 800(PGG)</u><br><br>UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Judge: Hon. Paul G.Gardephe |


I.   INTRODUCTION

*Pro Se*[1] Defendant, MICHAEL JACOBS, hereby moves the Court to terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The 3-year term of supervised release began on July 19, 2019. Mr. Jacobs has already completed two thirds of his supervisory term, which is 24 months.

Mr. Jacobs is being administratively supervised in the District of New Mexico where he lives and works. He reports once a month on-line. Prior to filing this petition, Mr. Jacobs

---

[1] The Supreme Court found that pro se pleadings should be held to "less stringent standards" than those drafted by attorneys. *Haines v. Kerner*, 404 U.S. 520 (1971), *Puckett v. Cox*, 456 F. 2d 233 (1972) (6th Cir. USCA).

MEMO ENDORSED:

On June 20, 2018, this Court sentenced Defendant Michael Jacobs to three years' imprisonment and three years' supervised release.  (Judgment (Dkt. No. 194))  On July 21, 2021, Jacobs submitted a pro se motion for early termination of supervised release, having served twenty-four months -- or two-thirds -- of his term of supervised release.  (Mot. (Dkt. No. 304) at 1)  Jacobs' motion states that his supervising Probation Officers have advised Jacobs that he is "in full compliance in all areas of supervision" and that they "do not oppose [his] petition" for early termination of supervised release.  (Id. at 2)  On August 17, 2021, the Government submitted a letter stating that it has "consult[ed] with the Probation Departments in both SDNY and the District of Nevada where the defendant is being supervised, which support the defendant's application," and that the Government "has no objection to early termination of [Jacobs'] supervised release."  (Aug. 17, 2021 Govt. Ltr. (Dkt. No. 306))

Under 18 U.S.C. § 3583(e)(1), a Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  Having considered the Defendant's motion and the Government's August 17, 2021 submission, the Court is satisfied that early termination of Defendant's supervised release is warranted and in the interest of justice.  Accordingly, Defendant Jacobs' supervised release is terminated.

The Clerk of Court is directed to mail a copy of this order to Defendant Jacobs.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: August 23, 2021