UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

              -against-

**MICHAEL JACOBS**
*Pro se* Defendant

No. 16 Cr. 800(PGG)

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

PAUL G. GARDEPHE, U.S.D.J.

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course on   N/A (5 years of experience).

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☒ a computer with internet access and a word processor

       type of computer I will be using:   **MacBook Pro**

      type of word processor I will be using: __Microsoft Word__

- an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- a scanner to convert documents that are only in paper format into electronic files

    scanning equipment I will be using: __Epson__

- a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

    version of PDF reader and writer that I will be using:

    __Adobe__

- a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

July 8, 2025
Dated

Signature

Michael Jacobs
Name

800 Calle Divina NE | Albuquerque | NM | 87113
Address | City | State | Zip Code

(505) 321-3044
Telephone Number

michael.mjphoto@gmail.com
E-mail Address

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul G. Gardephe*
**Paul G. Gardephe, U.S.D.J.**
Dated: July 22, 2025

2

